IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RILEY, PAMELA RILEY, and VICTORIA BASSETT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MODESTO IRRIGATION DISTRICT, et al.,<br><br>　　　　　Defendants. | NO. 1:10-CV-02281 AWI GSA<br><br>ORDER VACATING FEBRUARY 14, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants' motion to dismiss has been set for hearing in this case on February 14, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 14, 2011, is VACATED, and the parties shall not appear at that time. As of February 14, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　February 9, 2011　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE