**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD RILEY, PAMELA RILEY, VICTORIA BASSETT, ) ) ) Plaintiffs, ) ) v. ) ) MODESTO IRRIGATION DISTRICT, ) et al., ) ) Defendants. ) ) | NO. 1:10-CV-02281 AWI GSA<br><br>ORDER VACATING<br>JUNE 6, 2011 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

Defendants' motions to dismiss have been set for hearing in this case on June 6, 2011. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. See Local Rule 230(g). The court also notes that Plaintiffs' opposition to Defendant Louis Maceira's Motion to Dismiss (Doc. # 29) filed on May 3, 2011 was not filed timely, and that Plaintiffs are therefor not entitled to oral argument as to that motion. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 6, 2011, is VACATED, and the parties shall not appear at that time. As of June 6, 2011, the court will take these matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 2, 2011                                                            _____
                                                                                                CHIEF UNITED STATES DISTRICT JUDGE