**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD RILEY; PAMELA RILEY; VICTORIA BASSETT,<br><br>                  Plaintiffs,<br><br>    v.<br><br>MODESTO IRRIGATION DISTRICT; LOUIS MACEIRA; MODESTO POLICE DEPARTMENT; CITY OF MODESTO, and Does I-C, inclusive,<br><br>                  **Defendants**. | 1:10-CV-2281 AWI GSA<br><br>ORDER VACATING HEARING DATE OF OCTOBER 11, 2011 AND TAKING MATTER UNDER SUBMISSION |

In this civil rights action by plaintiffs Richard Riley, Pamela Riley and Victoria Bassett (collectively "Plaintiffs") against the Modesto Irrigation District and individual MID employee Louis Maceira (collectively, the "MID Defendants") and the Modesto Police Department and City of Modesto, the MID Defendants have moved to dismiss Plaintiff's Second Amended Complaint. The matter was scheduled for oral argument to be held October 11, 2011. The Court has reviewed the MID Defendants' Motion, the opposition, Defendants' reply, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 11, 2011, is VACATED, and no party shall appear at that time. As of October 11, 2011, the

1 | Court will take the matter under submission, and will thereafter issue its decision.
2 |
3 | IT IS SO ORDERED.
4 |
5 | Dated:    October 6, 2011                                   /s/ signature
  |                                                   CHIEF UNITED STATES DISTRICT JUDGE