**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD RILEY; PAMELA RILEY; VICTORIA BASSETT,<br><br>    Plaintiffs,<br><br>    v.<br><br>MODESTO IRRIGATION DISTRICT; LOUIS MACEIRA; MODESTO POLICE DEPARTMENT; CITY OF MODESTO; and DOES 1 through 20, inclusive<br><br>    Defendants. | 1:10-cv-02281-AWI-GSA<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. 70) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On February 7, 2013, plaintiffs Richard Riley, Pamela Riley and Victoria Bassett filed a notice of settlement and request for dismissal. Plaintiffs represented to the Court all parties had agreed to settle the case and requested the action be dismissed in its entirety with prejudice. Based on the foregoing, and for good cause shown, the Court, in accordance with Federal Rule of Civil Procedure 41(a)(2), hereby DISMISSES this action with prejudice and without an award of attorneys' fees to any party and respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   February 11, 2013

                                        SENIOR  DISTRICT  JUDGE